Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888   Fax:  (630) 981-3896

In re:
PAUL E CISNEROS
DEBORAH K CISNEROS
Case No. 10-04146
Account No.  0706

EUREKA SAVINGS BANK
% HERBOLSHEIMER LANNON ETAL
PO BOX 539 654 FIRST ST
LASALLE, IL  61301

PAUL E CISNEROS
DEBORAH K CISNEROS
113 CEDAR CREEK LANE
OGLESBY, IL  61348

ARMSTRONG & SURIN
724 COLUMBUS ST
OTTAWA, IL  61350

EUREKA SAVINGS BANK
% HERBOLSHEIMER LANNON ETAL
PO BOX 539 654 FIRST ST
LASALLE, IL  61301

# NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  April 22, 2013 .

/S/   Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee