UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. 10-B-04146 |
| | ) | |
| PAUL E. CISNEROS and | ) | Chapter 13 |
| DEBORAH K. CISNEROS, | ) | |
| | ) | |
| Debtors. | ) | Judge Bruce W. Black |

### Statement of Response to Notice of Final Cure Payment

**Part 1: Pre-Petition Arrears**

Creditor ☐ agrees or ☐ does not agree that the debtor has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears: $_____
        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

**Part 2: Post-Petition Arrears**

*Outside the Plan*: Creditor ☐ agrees or ☐ does not agree that the debtor has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

    Amount due to cure post-petition arrears due outside the Plan     $1,171.14 plus
                                                                                                                         $53.71 in late fees
    Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*

*Inside the Plan*: Creditor ☐ agrees or ☐ does not agree that the debtor has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

    Amount due to cure post-petition arrears due inside the Plan     $_____
    Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

**Part 3: Sign Here**

The person completing this Statement must sign it. Print your name and other identifying information. Check the appropriate box.

☐ I am the creditor.              ☐ I am the creditor's authorized agent.

I certify under penalty of perjury that the foregoing is true and correct.

_____        Date: April 25, 2013
Signature

Print: William P. Hintz                    Attorney at Law
         Name                                  Title
       Herbolsheimer Law Offices
         Company
       654 First Street, Suite 400
       LaSalle, IL 61301
         Address
       815-223-0111                    whintz@hlhdr.com.
         Phone                              E-mail

**Part 4: Service**

Notice Mailed to:

Debtor(s) (address): Paul and Deborah Cisneros, 113 Cedar Creek Lane,
                     Oglesby, IL 61348

Debtor(s)' Counsel:

  ☐ Via CM/ECF
  ☐ Via email (email address): _____
  ☐ Via US Mail (address): William Surin, Attorney at Law, 724 Columbus Street,
                           Ottawa, IL 61350

Trustee:

  ☐ Via CM/ECF:    Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Road,
                   Suite 650, Lisle, IL 60532-4350