UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. 10-B-04146 |
| | ) | |
| PAUL E. CISNEROS and | ) | Chapter 13 |
| DEBORAH K. CISNEROS, | ) | |
| | ) | |
| Debtors. | ) | Judge Bruce W. Black |

## Statement of Response to Notice of Final Cure Payment

**Part 1: Pre-Petition Arrears**

Creditor **X** agrees or ☐ does not agree that the debtor has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears: $_____
        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment.*

**Part 2: Post-Petition Arrears**

*Outside the Plan*: Creditor ☐ agrees or **X** does not agree that the debtor has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

    Amount due to cure post-petition arrears due outside the Plan    $1,171.14 plus
                                                                                                                                     $53.71 in late fees
Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*

*Inside the Plan*: Creditor ☐ agrees or ☐ does not agree that the debtor has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

    Amount due to cure post-petition arrears due inside the Plan      $_____
Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

**Part 3:  Sign Here**

The person completing this Statement must sign it.  Print your name and other identifying information.  Check the appropriate box.

☐ I am the creditor                                    ☒ I am the creditor's authorized agent.

I certify under penalty of perjury that the foregoing is true and correct.

_____                     Date: April 25, 2013
Signature

Print: William P. Hintz                             Attorney at Law
         Name                                                Title
Herbolsheimer Law Offices
         Company
654 First Street, Suite 400
LaSalle, IL 61301
         Address
815-223-0111                                       whintz@hlhdr.com.
         Phone                                            E-mail

**Part 4:  Service**

Notice Mailed to:

Debtor(s) (address):  Paul and Deborah Cisneros, 113 Cedar Creek Lane,
                               Oglesby, IL 61348

Debtor(s)' Counsel:

☐ Via CM/ECF
☐ Via email (email address): _____
☒ Via US Mail (address):  William Surin, Attorney at Law, 724 Columbus Street,
                                    Ottawa, IL 61350

Trustee:

☒ Via CM/ECF:    Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Road,
                             Suite 650, Lisle, IL 60532-4350